UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HI MAINTENANCE, LLC a/k/a HI
MAINTENANCE CHARTER SERVICE, LLC;
JACQUES CHRYSOCHOS; and ERNEST HAIRE,
f/u/b/o UNDERWRITERS SUBSCRIBING
TO POLICY NO. 37006877,

      Plaintiffs,

v.                                                                    Case No.  8:05-cv-2328-T-24 MAP

MAN ENGINES & COMPONENT INC., et al.

      Defendants.
_____/

### ORDER

This cause comes before the Court on Plaintiff's Unopposed Amended Motion for Leave

to File Second Amended Complaint.  (Doc. No. 69).  Defendants do not oppose this motion.

Plaintiff moves to file a second amended complaint to address certain deficiencies raised by

Defendants in various motions currently pending before the Court.  Therefore, the Court will

grant Plaintiff's motion for leave to file a second amended complaint and will deny all pending

motions as moot.  The Court notes the some of the pending motions have been responded to, and

parties are free to refile such motions addressing any changes in Plaintiff's second amended

complaint.

Accordingly, it **ORDERED AND ADJUDGED** that:

1.      Plaintiff's Unopposed Amended Motion for Leave to File Second Amended

Complaint (Doc. No. 69) is **GRANTED**.  Plaintiff is directed to file its second

amended complaint on or before August 25, 2006;

2.      Defendant Man Engine & Components, Inc.'s Motion to Dismiss Counts I, II, III, and IV (Doc. No. 14) is **DENIED AS MOOT**;

3.      Defendant Coastal Towing & Marine Service, Inc.'s Motion to Dismiss Counts V and VI (Doc. No. 19) is **DENIED AS MOOT**;

4.      Defendants Paul T. Marrone, Jr. and Paul T. Marrone Jr. d/b/a Sea Tow of Venice's Motion to Dismiss Counts V and VI (Doc. No. 24) is **DENIED AS MOOT**;

5.      Defendant I Can Do Towing, Inc. d/b/a Sea Tow of Sarasota's Motion to Dismiss Counts V and VI (Doc. No. 26) is **DENIED AS MOOT**;

6.      Defendant Coastal Towing & Marine Services, LLC's Motion for Summary Judgment for Exoneration from, or Limitation of Liability (Doc. No. 27) is **DENIED AS MOOT**;

7.      Defendant Coastal Towing & Marine Services, LLC's Motion to Dismiss Cross Claim of Tampa Bay Marine Towing and Service, Inc. (Doc. No. 42) is **DENIED AS MOOT**;

8.      Defendant I Can Do Towing, Inc. d/b/a Sea Tow of Sarasota's Motion to Dismiss Cross Claim of Tampa Bay Marine Towing and Service (Doc. No. 43) is **DENIED AS MOOT**; and

9.      Defendant I Can Do Towing, Inc.'s Motion for Summary Judgment for Exoneration from, or Limitation of Liability (Doc. No. 45) is **DENIED AS MOOT**.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of August, 2006.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge