UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL INSURANCE COMPANY,
as Subrogee of Hi Maintenance, LLC,
a/k/a Hi Maintenance Charter Service, LLC,

    Plaintiff,

Case No. 8:05-cv-2328-T-24-MAP

v.

MAN ENGINES & COMPONENTS, INC.,
MANN + HUMMEL GmbH, a foreign
corporation, COASTAL TOWING & MARINE
SERVICES, LLC d/b/a TOW BOAT/US OF
VENICE, MARR-I, INC. d/b/a SEA TOW OF
VENICE, I CAN DO TOWING, INC. d/b/a
SEA TOW SARASOTA and TAMPA BAY
MARINE TOWING & SERVICE, INC. d/b/a
SEA TOW SERVICES, TAMPA BAY,

    Defendants.

## ORDER

This cause comes before the Court for consideration of Plaintiff and Defendant Coastal Towing & Marine Services, LLC's Joint Motion for Voluntary Dismissal. (Doc. No. 136.) This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. (Doc. No. 145.) By that Joint Motion, Plaintiff agrees to dismiss with prejudice its claims against Defendant Coastal Towing & Marine Services, LLC (Counts VII and VIII of Plaintiff's Second Amended Complaint (Doc. No. 75)) and Defendant Coastal Towing & Marine Services, LLC agrees to waive its claim for costs and any claim it may have for attorney fees. On January 5, 2007, Magistrate Judge Pizzo filed his Report and Recommendation, recommending that the Joint Motion for Voluntary Dismissal be granted. (Doc. No. 161.) All

parties were furnished copies of the Report and Recommendation on January 5, 2007, and were notified that the failure to file written objections pursuant to 28 U.S.C. § 636(b)(1) would bar an aggrieved party from attacking the factual findings on appeal. No such objections have been filed, and the Court is not prohibited from granting the motion before the end of the ten-day period for filing objections to the Report and Recommendation. Accordingly, upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

It is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 161) is adopted and incorporated by reference in this Order of the Court; and

(2) Plaintiff and Defendant Coastal Towing & Marine Services, LLC's Joint Motion for Voluntary Dismissal (Doc. No. 136) is **GRANTED** to the extent consistent with the Magistrate Judge's Report and Recommendation.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of January, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record